GARY M. RESTAINO
United States Attorney
District of Arizona
JULIE A. SOTTOSANTI
Assistant United States Attorney
State Bar No. 025496
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: julie.sottosanti@usdoj.gov
Attorneys for Plaintiff

FILED

2023 DEC -6 PM 2: 47

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **CR23-02117 TUC-RM(MAA)** |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO: 18 U.S.C. § 554(a)<br>(Smuggling Goods from<br>the United States)<br>Count One |
| Everardo Rodriguez-Herrera, | 18 U.S.C. §§ 922(g)(5)(A) and<br>924(a)(8)<br>(Possession of a Firearm and<br>Ammunition by an Illegal Alien)<br>Count Two |
| Defendant. | |
| | 18 U.S.C. §§ 933(a)(2) and (b)<br>(Felony Receipt of a Firearm)<br>Count Three |
| | 18 U.S.C. § 924(d); 28 U.S.C. §<br>2461(c); 50 U.S.C. § 4819(d)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**<u>COUNT ONE</u>**

On or about February 3, 2023, in the District of Arizona, Defendant EVERARDO RODRIGUEZ-HERRERA, knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: one (1)

Glock, model 43X, 9mm caliber pistol, bearing serial number CALK973; two (2) Glock 9mm caliber magazines; and 57 rounds of FC 9mm caliber Luger ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

## COUNT TWO

On or about November 9, 2023, in the District of Arizona, Defendant EVERARDO RODRIGUEZ-HERRERA, knowing he was an alien who was illegally and unlawfully in the United States, did knowingly possess a firearm and ammunition, in and affecting interstate commerce, to wit: one (1) Glock, model 43X, 9mm caliber pistol, bearing serial number CALK973 and 57 rounds of FC 9mm caliber Luger ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

## COUNT THREE

Beginning at a time unknown, to on or about November 9, 2023, in the District of Arizona, defendant EVERARDO RODRIGUEZ-HERRERA, did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: one (1) Glock, model 43X, 9mm caliber pistol, bearing serial number CALK973, knowing or having reasonable cause to believe that such receipt could constitute a felony, to wit: Title 18, United States Code, § 922(g)(5)(A), Possession of a Firearm by an Illegal Alien; and Title 18, United States Code, § 554(a), Smuggling Goods from the United States.

All in violation of Title 18, United States Code, Sections 933(a)(2) and (b).

## FORFEITURE ALLEGATION

Upon conviction of the Indictment, the defendant, EVERARDO RODRIGUEZ HERRERA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 50, United States

Code, Section 4819(d)(1)(C), any firearms and ammunition involved in the commission of the offense and any property constituting an item that is intended to be exported in violation of the offense, including, but not limited to: one (1) Glock, model 43X, 9mm caliber pistol, bearing serial number CALK973; two (2) Glock 9mm caliber magazines; and 57 rounds of FC 9mm caliber Luger ammunition.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 50, United States Code, Section 4819(d)(1)(C), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: December 6, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
JULIE A. SOTTOSANTI
Assistant United States Attorney

*United States of America v. Rodriguez-Herrera*
*Indictment Page 3 of 3*